IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FLORIDA DEPARTMENT OF
HEALTH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D14-3233

v.

PETER V. CHOY, M.D.,

     Appellee.

_____/

Opinion filed March 13, 2015.

An appeal from Department of Health.

Therese A. Savona, Chief Appellate Counsel, Daniel Hernandez, Deputy General Counsel, Florida Department of Health, Tallahassee, for Appellant.

Timothy M. Cerio, Amy W. Schrader and Andy V. Bardos of GrayRobinson, P.A., Tallahassee; Kristie Hatcher-Bolin of GrayRobinson, P.A., Lakeland; Jay A. Ziskind of Jay A. Ziskind, P.A., Miami, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS and WETHERELL, JJ., and SOUD, ADRIAN G., ASSOCIATE JUDGE, CONCUR.